ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| BIRON GARVIN, | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) | CIVIL ACTION 403-264 |
| VICTOR WALKER, Warden, | ) ) ) | |
| Respondent. | ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Report and Recommendation of the Magistrate Judge, to which objections have been filed.

**THEREFORE**, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. The Respondent's petition is **DISMISSED**. This case is closed.

**SO ORDERED** this 2<i>8</i> day of August, 2005.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia

# United States District Court
## Southern District of Georgia

Biron Garvin  )

vs  )  CASE NUMBER CV403-264

Victor Walker  )  DIVISION SAVANNAH

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/30/05, which is part of the official record of this case.

Date of Mailing: 8/30/05

Date of Certificate  [X] same date, or _____

Scott L. Poff, Clerk

By: WPrescott
Deputy Clerk

**Name and Address**

Biron Garvin UNO#532376 Macon State Prison PO. Box 426 Oglethorpe, Ga. 31068
Chad Eric Jacobs Georgia State Prison PO. Box 426 Oglethorpe, Ga. 31068
Paula K. Smith Sr. ASSt Atty Gen 40 Capitol Street, Sw. Atlanta, Ga. 30334-1300

☐ Copy placed in Minutes
[X] Copy given to Judge
☐ Copy given to Magistrate